AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUFF, MARILYN L. | USDC, SOUTHERN DIST. OF CALIF. | 04/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

333 W. BROADWAY SUITE 1510
SAN DIEGO, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 Note: Trust assets listed by (T) in Part VII |
| 2. | Vice President | Federal Judges Association |
| 3. | American Inns of Court Louis Welsh Chapter | Executive Committee |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/14-12/14 | DLA Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5-3-14-5-7-14 | Washington, D.C. | Board Meeting/Quadrennial | Travel, Lodging, Food |
| 2. | Federal Circuit Bar Association | 1-23-14 | Del Mar, CA | Speaker/Seminar | Food |
| 3. | Open World, San Diego Diplomacy Council | 9-23-14-9-24-14 | San Diego, CA | International Judges meeting | Food |
| 4. | San Diego Intellecual Property Association | 1-29-14 | Del Mar, CA | Speaker | Food |
| 5. | S.D.S.U., San Diego Co. Comm. on the Status of Women, University of CA, Womens Museum | 3-28-14 | San Diego, CA | Speaker | Food |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | ChIPs | 9-30-14-10-2-14 | Washington, D.C. | Speaker/Seminar | Travel, Food, Lodging |
| 7. | American Law Institute | 5-19-14-5-21-14 | Washington, D.C. | Annual Meeting | Travel, Food, Lodging |
| 8. | Association of Business Trial Attorneys | 10-15-14-10-18-14 | Honolulu, HI | Speaker/Seminar | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HUFF, MARILYN L. | 04/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Energy Transfer Partners | B | Distribution | J | T | Donated (part) | | | | |
| 2. Suncoke Energy | A | Dividend | J | T | | | | | |
| 3. Rental property, San Diego, CA (T) | | None | | | Sold | 10/31/14 | O | G | |
| 4. Wells Fargo Accounts-SDCA (T) and I | B | Interest | O | T | | | | | |
| 5. 401k & Profit Sharing * Total Value | | | | | | | | | |
| 6. Sched of Assets & Transactions | | | | | | | | | |
| 7. Trust B Real Estate Trust Deed Fund | A | Interest | J | T | | | | | |
| 8. Vanguard Total Intl Stock In | D | Dividend | M | T | | | | | |
| 9. Vanguard Total Bond Ind Adm | C | Interest | M | T | | | | | |
| 10. Vanguard ST Bond Index Adm | D | Interest | O | T | | | | | |
| 11. Vanguard S&P 500 Adm | D | Dividend | O | T | | | | | |
| 12. Vanguard Value Index Adm | C | Dividend | M | T | | | | | |
| 13. Vanguard Growth Index Adm | B | Dividend | M | T | | | | | |
| 14. Vanguard Sm. Cap Stock Index Adm | A | Dividend | L | T | | | | | |
| 15. Dodge & Cox Intl. | B | Dividend | L | T | | | | | |
| 16. Spartan Ext. Market | A | Dividend | K | T | | | | | |
| 17. T. Rowe Price Intl. Bond | B | Interest | | | Sold | 09/25/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Intl. Growth Port. | C | Dividend | M | T | | | | | |
| 19. Pimco Foreign Hedged | C | Interest | M | T | | | | | |
| 20. Pimco GI Adv Strat. | B | Interest | L | T | | | | | |
| 21. Vanguard Windsor II Adm | B | Dividend | L | T | | | | | |
| 22. Vanguard Sm.Value Ind. Adm | C | Dividend | M | T | | | | | |
| 23. I Shares MSCI EFTEm Mkts | B | Dividend | K | T | | | | | |
| 24. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 25. Vanguard High Yield Corp. | D | Interest | M | T | | | | | |
| 26. Vanguard GNMA | C | Interest | M | T | | | | | |
| 27. Vanguard Large Cap ETF | C | Dividend | M | T | | | | | |
| 28. Vanguard Infl. Prot. | B | Interest | M | T | Sold (part) | 09/09/14 | M | C | |
| 29. Pimco Total Return | A | Interest | | | Sold | 09/25/14 | L | B | |
| 30. I Shares Rus Micro EFT | A | Dividend | L | T | | | | | |
| 31. Wisdom Tree Int'l. ETF | A | Dividend | K | T | | | | | |
| 32. CH Cash Management (AP) | A | Interest | M | T | | | | | |
| 33. Vanguard IT Invest Gr. Adm | B | Interest | | | Sold | 08/27/14 | L | D | |
| 34. Vanguard ST Inv. Gr. Adm | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Dev. Mkts | B | Dividend | L | T | | | | | |
| 36. Vanguard Emerg. Mkts. Adm | B | Dividend | K | T | | | | | |
| 37. Vanguard Intl. Value #46 | B | Dividend | L | T | | | | | |
| 38. Vanguard Sm FtSE Ex US ETF | A | Dividend | L | T | | | | | |
| 39. Pimco Emerg Mkt | D | Interest | M | T | | | | | |
| 40. Pimco Emerg Local Equity | C | Int./Div. | L | T | | | | | |
| 41. Equity (Sterling) Trust Co. IRA mm Phair RE (First Reg. Bank) | A | Interest | L | T | | | | | |
| 42. END OF ASSETS IN 401(k) | | | | | | | | | |
| 43. IRAWestern National (Am. Gen.) | A | Interest | K | T | | | | | |
| 44. Charles Schwab IRA See below | | | | | | | | | |
| 45. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 46. Marathon Petroleum | A | Dividend | J | T | | | | | |
| 47. Eli Lilly | A | Dividend | K | T | | | | | |
| 48. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 49. Pimco Total Return | B | Interest | | | Sold | 09/30/14 | M | C | |
| 50. Vanguard Bond Index Adm | B | Interest | | | Sold | 07/25/14 | L | D | |
| 51. Marathon (USX) Oil | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA U.S. Micro Cap | A | Dividend | L | T | | | | | |
| 53. DFA Int. Lg. Cap. Val. | B | Dividend | K | T | | | | | |
| 54. DFA Int. Lg. Cap. | C | Dividend | M | T | | | | | |
| 55. DFA Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 56. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 57. DFA Int. Small Cap | A | Dividend | K | T | Buy | 10/21/14 | K | | |
| 58. Vanguard Int. Growth Ad | A | Dividend | K | T | | | | | |
| 59. Vanguard Growth Index Adm | B | Dividend | L | T | | | | | |
| 60. Schwab Money Market - H | A | Interest | K | T | | | | | |
| 61. Home Depot | A | Dividend | K | T | | | | | |
| 62. Vanguard ST Infl. Prot | B | Dividend | M | T | Buy | 09/11/14 | M | | |
| 63. Vanguard Infl. | A | Interest | K | T | | | | | |
| 64. Vanguard Short Term Bd Adm | C | Interest | M | T | Buy (add'l) | 10/21/14 | M | | |
| 65. Vanguard GNMA | A | Interest | K | T | | | | | |
| 66. DFA Emerging Core Eq | A | Dividend | K | T | | | | | |
| 67. Vanguard Ex. Mkt. Adm | A | Dividend | J | T | | | | | |
| 68. Vanguard ST Invest Adm | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 70. AQR Sm M | A | Dividend | J | T | | | | | |
| 71. AQR M Large | A | Dividend | L | T | | | | | |
| 72. DFA US Large Cap. | C | Dividend | M | T | | | | | |
| 73. DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |
| 74. DFA World Ex USG | B | Interest | L | T | | | | | |
| 75. Vanguard ST Invest Gr. | A | Interest | | | Sold | 08/27/14 | K | A | |
| 76. Pimco Low Duration | B | Interest | L | T | Buy (add'l) | 08/06/14 | L | | |
| 77. Pimco Emerg Full | C | Interest | L | T | | | | | |
| 78. Pimco Gl Adv Str | A | Interest | K | T | Buy | 08/05/14 | K | | |
| 79. DFA Two Yr. Global | B | Interest | L | T | Buy | 09/25/14 | L | | |
| 80. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 81. Schwab Cal Muni Mut Fund | A | Interest | K | T | | | | | |
| 82. GCWF Partners II | | None | J | T | | | | | |
| 83. GCWF (A-E)Invest. Partners I | B | Distribution | J | T | | | | | |
| 84. GCWF (F-N)Invest Partners II | D | Distribution | K | T | | | | | |
| 85. DLA Piper Venture 2006 | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Onco Fluor, Inc. (Fluro Probe) | | None | J | W | | | | | |
| 87. Bonita View Office (Y) | | | | | | | | | |
| 88. Bella Mar RV Park LLC | | None | M | T | | | | | |
| 89. Vanguard CA Inter term | B | Interest | M | T | Buy | 02/03/14 | K | | |
| 90. Vanguard CA Inter term | B | Interest | M | T | Buy (add'l) | 06/12/14 | K | | |
| 91. Vanguard CA Inter term | B | Interest | M | T | Buy (add'l) | 07/23/14 | K | | |
| 92. Vanguard CA Inter term | B | Interest | M | T | Buy (add'l) | 08/15/14 | K | | |
| 93. Altria | B | Dividend | K | T | | | | | |
| 94. Kraft | A | Dividend | J | T | | | | | |
| 95. Mondelez Int. | A | Dividend | J | T | | | | | |
| 96. Extreme Networks | | None | J | T | | | | | |
| 97. Halyard Health | | None | J | T | Spinoff (from line 131) | 11/03/14 | J | | |
| 98. II-IV, Inc. | | None | J | T | | | | | |
| 99. SPDR Dow Jones (DIA) Ind. | A | Dividend | M | T | Buy (add'l) | 01/24/14 | K | | |
| 100. DFA US Micro Cap Port | A | Dividend | K | T | | | | | |
| 101. DFA Real Estate | A | Dividend | J | T | | | | | |
| 102. Mid Amer Apt. Cmntys | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Starbucks | A | Dividend | K | T | Buy (add'l) | 01/24/14 | J | | |
| 104. Qualcomm | C | Dividend | M | T | Buy (add'l) | 07/29/14 | K | | |
| 105. Qualcomm | C | Dividend | M | T | Buy (add'l) | 08/11/14 | J | | |
| 106. Cisco Systems | A | Dividend | K | T | | | | | |
| 107. Quality Systems, Inc. | A | Dividend | J | T | | | | | |
| 108. Occidental Pet. | B | Dividend | K | T | | | | | |
| 109. QLT | | None | J | T | | | | | |
| 110. Cardium Therapeutics | | None | | | Sold | 12/30/14 | J | | |
| 111. Care Fusion | | None | K | T | | | | | |
| 112. Ambev SA | A | Dividend | K | T | | | | | |
| 113. Property, San Diego Co., CA-Appraisal Date 8/18/03 (T) | | None | P1 | Q | | | | | |
| 114. ISH Index SP 500 | A | Dividend | K | T | | | | | |
| 115. ISH Core SP 500 ETF | B | Dividend | K | T | Buy | 02/05/14 | K | | |
| 116. ISH Core SP 500 ETF | B | Dividend | K | T | Buy (add'l) | 04/17/14 | K | | |
| 117. ISH Index FD TR Msci | A | Dividend | J | T | | | | | |
| 118. ISH S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 119. ISH S&P Sm Cap 600 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ISH Trust | A | Dividend | J | T | | | | | |
| 121. ISH Tr Core High Div ETF | A | Dividend | K | T | Buy | 07/25/14 | K | | |
| 122. Allianz Div. Fund | A | Dividend | K | T | | | | | |
| 123. RSB IRA Morgan StanleySMITH BARNEY (ASSETS BELOW) | | | | | | | | | |
| 124. Mod. Growth (IRA)(TA) (IDEX) | D | Distribution | L | T | | | | | |
| 125. Growth Port. (IRA) (TA) (IDEX) | A | Dividend | J | T | | | | | |
| 126. Morgan Stanley (Smith Barney)MM | A | Interest | J | T | | | | | |
| 127. Power Shares High Yld. Eq. | A | Dividend | J | T | | | | | |
| 128. Power Shares ETF TR | A | Dividend | J | T | | | | | |
| 129. Power Shares SQQQ Trl | B | Dividend | M | T | Buy (add'l) | 04/17/14 | K | | |
| 130. Power Shares SQQQ Trl | B | Dividend | M | T | Buy (add'l) | 04/30/14 | J | | |
| 131. Kimberly Clark | A | Dividend | K | T | Buy (add'l) | 01/22/14 | J | | |
| 132. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 133. USE Credit Union SDCA Accts | A | Interest | J | T | | | | | |
| 134. Vanguard CA MM(T) | A | Interest | O | T | | | | | |
| 135. Coronado First Bank | A | Interest | M | T | | | | | |
| 136. Vanguard Life Strategy | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Illumina | | None | M | T | Buy (add'l) | 01/29/14 | J | | |
| 138. Illumina | | None | M | T | Buy (add'l) | 07/28/14 | K | | |
| 139. SPDR Dow Jones S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 01/29/14 | K | | |
| 140. SPDR Dow Jones S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 02/07/14 | K | | |
| 141. SPDR Dow Jones S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 10/23/14 | J | | |
| 142. SPDR Dow Jones S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 10/16/14 | J | | |
| 143. SPDR Dow Jones S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 11/12/14 | K | | |
| 144. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 06/06/14 | K | | |
| 145. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 08/19/14 | K | | |
| 146. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 10/23/14 | J | | |
| 147. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 10/16/14 | J | | |
| 148. Sector SPDR Energy Select Div ETF | A | Dividend | K | T | Buy | 08/08/14 | K | | |
| 149. SPDR Em Mkts | B | Dividend | J | T | | | | | |
| 150. VMWare | | None | J | T | | | | | |
| 151. Philip Morris | B | Dividend | K | T | Buy (add'l) | 01/23/14 | K | | |
| 152. Raytheon | A | Dividend | K | T | | | | | |
| 153. Chase Accts./JP Morgan | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CitiBank Accts | A | Interest | N | T | | | | | |
| 155. US Bank (T) (SD Nat'l Bank ) | A | Interest | N | T | | | | | |
| 156. Union Bank Acct (T) | | None | K | T | | | | | |
| 157. SPDR Gold (GLD) | | None | | | Sold | 01/03/14 | K | | |
| 158. McDonalds | A | Dividend | | | Sold | 08/19/14 | K | C | |
| 159. Clorox | B | Dividend | L | T | | | | | |
| 160. Andersons | B | Dividend | L | T | Buy (add'l) | 01/23/14 | K | | |
| 161. Pepsico | B | Dividend | K | T | | | | | |
| 162. Coca Cola | B | Dividend | K | T | | | | | |
| 163. Cal. B & T Acct | A | Interest | N | T | | | | | |
| 164. Stoneridge LM LLC | D | Distribution | M | T | | | | | |
| 165. Enclave Lake Murray | C | Distribution | L | T | | | | | |
| 166. MMB Investments | | None | K | T | | | | | |
| 167. American Express | A | Dividend | K | T | | | | | |
| 168. ALPS Trust ETF Alerian | B | Dividend | K | T | | | | | |
| 169. Wal Mart | A | Dividend | K | T | Buy (add'l) | 07/14/14 | K | | |
| 170. Schw Emg Mkt Eq EFT | B | Dividend | K | T | Buy | 02/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Schw Emg Mkt Eq EFT | B | Dividend | K | T | Buy (add'l) | 07/22/14 | J | | |
| 172.  Schw Emg Mkt Eq EFT | B | Dividend | K | T | Buy (add'l) | 09/05/14 | K | | |
| 173.  Enerplus | A | Dividend | J | T | Buy (add'l) | 01/23/14 | J | | |
| 174.  Kinder Morgan Energy | | None | | | Buy (add'l) | 06/05/14 | J | | |
| 175.  Kinder Morgan Energy | | None | | | Merged (with line 176) | 11/26/14 | J | B | |
| 176.  Kinder Morgan Inc. | C | Distribution | K | T | | | | | |
| 177.  Cal. Resources Corp. | | None | J | T | Spinoff (from line 176) | 12/01/14 | J | | |
| 178.  PV Opportunity Fund III | B | Interest | L | T | Buy | 09/30/14 | L | | |
| 179.  American Properties | C | Distribution | L | T | Buy | 05/16/14 | L | | |
| 180.  Barcelona 326 Juniper | | None | L | T | Buy | 06/13/14 | L | | |
| 181.  Schwab Gurtin List of Assets | | | | | | | | | |
| 182.  Holmen WA GO 10/01/16 | B | Interest | M | T | Buy | 12/11/14 | M | | |
| 183.  CA Muni MM | A | Interest | M | T | Buy | 11/30/14 | M | | |
| 184.  SD CA GO 7/01/26 | A | Interest | K | T | Buy | 12/04/14 | K | | |
| 185.  CA St. GO 5/01/30 | A | Interest | L | T | Buy | 12/23/14 | L | | |
| 186.  CA Ed 1 Rev 12/32/15 | A | Interest | J | T | Buy | 12/03/14 | J | | |
| 187.  CA ED 1 Rev 12/1/32 | A | Interest | K | T | Buy | 12/03/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Lans Creuse MI GO 5/01/35 | A | Interest | K | T | Buy | 12/03/14 | K | | |
| 189. Golden State Tbcco Rev. | A | Interest | L | T | Buy | 12/26/14 | L | | |
| 190. Met Water Dist. So CA 7/1/35 | A | Interest | K | T | Buy | 12/04/14 | K | | |
| 191. MA St. Hlth Haward 7/15/35 | A | Interest | K | T | Buy | 12/19/14 | K | | |
| 192. Pflegrull TX Wtr. Rev. 8/01/35 | A | Interest | L | T | Buy | 12/22/14 | L | | |
| 193. LA Dept. Water & Power 7/01/36 | A | Interest | K | T | Buy | 12/22/14 | K | | |
| 194. Truckee Mdws NV Rev. 7/01/36 | A | Interest | L | T | Buy | 12/09/14 | L | | |
| 195. Univ. CA Rev. 5/15/37 | A | Interest | L | T | Buy | 12/03/14 | L | | |
| 196. Wash CA COP Rev 8/01/37 | A | Interest | K | T | Buy | 12/09/14 | K | | |
| 197. Golden St Tbco Rev. | A | Interest | K | T | Buy | 12/09/14 | K | | |
| 198. Golden St Tb Rev 6/01/38 | A | Interest | L | T | Buy | 12/10/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 04/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1. Donated part 09/09/14.

Line 7. This is a Real Estate Trust Deed Fund in a 401(k) savings plan. Participants do not have investment control, nor do they own the underlying assets in the fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MARILYN L. HUFF**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544